NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANDRES RODRIGUEZ-AGUILAR,   )
                 )
    Appellant,      )
                 )
v.              )    Case No. 2D17-4200
                 )
STATE OF FLORIDA,      )
                 )
    Appellee.      )
_____)

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Mark Kiser,
Judge.

Andres Rodriguez-Aguilar, pro se.

PER CURIAM.

    Affirmed.

MORRIS, SLEET, and BADALAMENTI, JJ., Concur.